NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Law Offices of Stephen Abraham
Stephen E. Abraham, Esq. (State Bar No. 172054)
stephen@abraham-lawoffices.com
1592 Pegasus Street
Newport Beach, California 92660
Telephone: (949) 878-8608
Facsimile: (714) 852-3366

ATTORNEY(S) FOR: Defts Bajwa G LLC and GBK Enterprises Inc

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Gabriela Cabrera<br><br>Plaintiff(s),<br><br>v.<br><br>BAJWA G LLC, a California Limited Liability Company; GBK ENTERPRISES INC, a California Corporation; and DOES 1 through 50, inclusive<br><br>Defendant(s) | CASE NUMBER:<br><br>2:25-cv-11243<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Defendants Bajwa G LLC and GBK Enterprises Inc
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Defendant Bajwa G LLC | Defendant, no subsidiary or parent entity |
| Defendant GBK Enterprises Inc | Defendant, no subsidiary or parent entity |
| | No other known interested/related entities |

November 22, 2025
Date

/s/ Stephen E. Abraham
Signature

Attorney of record for (or name of party appearing in pro per):

Defendants Bajwa G LLC and GBK Enterprises Inc

CV-30 (05/13)                                          NOTICE OF INTERESTED PARTIES